IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POPULAR, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 05-cv-5934 |
| DEBBIE PASTRANA d/b/a POPULAR CASH EXPRESS and POPULAR, INC. d/b/a POPULAR CASH EXPRESS | : | ORDER OF DISMISSAL |
| Defendants. | : | |

Pursuant to Local Rule 41.1(b) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case shall be and hereby is dismissed with prejudice as against Defendants DEBBIE PASTRANA d/b/a POPULAR CASH EXPRESS and POPULAR, INC. d/b/a POPULAR CASH EXPRESS, with all parties to bear their own costs and fees. The parties will be filing a Settlement Agreement and Consent to Permanent Injunction within the next thirty (30) days. Upon cause, this Order of Dismissal may be vacated, modified, or stricken from the record within ninety (90) days of entry of this Order.

Dated: January ___, 2006          BY THE COURT:

_____
THE HONORABLE MARVIN KATZ
Judge, United States District Court
Eastern District of Pennsylvania