

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY JANE TAGGART  : CIVIL ACTION
  :
  :
  v.   : NO. 05-5943
  :
  :
RUBY TUESDAY, INC.  : **JURY TRIAL DEMANDED**

**FILED**

MAR - 7 2006

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## <u>ORDER</u>

AND NOW, this 7th day of March, 2006, it is hereby

ordered that defendant's motion for a continuance of the arbitration scheduled for April

20, 2006 is ~~GRANTED. The arbitration is hereby continued for thirty (30) days.~~ DENIED

BY THE COURT:

_____
            J.

FAXED : 3/7/06
  F. GREENBERG, ESQ.
  J. YOCKEY, ESQ.

Mailed
3.7.06
Kelly