


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

POPULAR, INC.,                              :     No. 05-5934
                                            :
           Plaintiff                 :
                                            :
v.                                          :
                                            :
DEBBIE PASTRANA d/b/a                       :
POPULAR CASH EXPRESS and                    :
POPULAR, INC. d/b/a                         :
POPULAR CASH EXPRESS                        :
                                            :
           Defendants                :
_____/

**FILED**
MAR 8 2006
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### PERMANENT INJUNCTION AND FINAL ORDER

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction over the Plaintiff, Popular, Inc., and Defendants Debbie Pastrana d/b/a Popular Cash Express and Popular, Inc. d/b/a Popular Cash Express (hereinafter collectively referred to as "Defendants"), and the Subject Matter of this action.

2. The Plaintiff has represented as true and accurate that it is the owner of the distinctive trademarks indexed as Exhibit "A" hereto and herinafter referred to as the "Popular Trademarks". The Plaintiff has represented that the registrations are valid and subsisting and are conclusive proof of Popular's rights to the marks noted.

3. Defendants stipulate and agree to entry of a Permanent Injunction forever enjoining Defendants from the sale, offer for sale, advertising, promotion, marketing, or distribution of any check cashing products or services, in conjunction with or bearing

unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of any of the Popular Trademarks or bearing a design or image which is of a substantially similar appearance to any of the Popular Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Defendants, pursuant to Fed. R. Civ. P. 65, within sixty (60) days from the date of this final order, enjoining Defendants, its agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Order by personal service:

    A.    From further infringing the Popular Trademarks by selling, marketing, offering for sale, advertising, promoting, or displaying any check cashing products or services not authorized by Popular in conjunction with or bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of the Popular Trademarks, including, utilizing any business cards, written or visual advertisements, drawings, World Wide Web pages, pamphlets, flyers, or related visual work which bear any of the Popular Trademarks;

    B.    Using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Popular Trademarks in connection with the promotion, advertisement, display, sale, or offering for sale any check cashing products or services in such fashion as to relate or connect, or tend to relate or connect, such services to Popular;

    C.    Constituting any infringement of any of the Popular Trademarks or of Popular's rights in, or to use or to exploit, said Popular Trademarks, or constituting any dilution of any of Popular's names, reputations, or goodwill;

D. Effecting assignment or transfers, forming new entities or associations for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs A through D.

It is further ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. Defendants agree not to contest the validity of any of the Popular Trademarks in any such proceedings.

It is further ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Defendants.

It is further ORDERED AND ADJUDGED,

That this Permanent Injunction shall take effect within sixty (60) days of the date of the Final Order.

It is further ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorney's fees and costs of this action.

Dated this _____8th_____ day of ~~February~~ March, 2006

Marvin Katz
United States District Judge

| Serial # | Registration # | Mark | Class | Reg. Date |
|---|---|---|---|---|
| 78363840 | 2962409 | TICKETPOP | 041 | June 14, 2005 |
| 78226709 | 2924234 | PRIVATE RESOURCE | 036 | February 1, 2005 |
| 78226228 | 2883237 | AQUI TE PRESTAMOS ATENCION | 036 | September 7, 2004 |
| 78246309 | 2883294 | ID POPULAR | 036 | September 7, 2004 |
| 76546756 | 2876870 | POPULAR CHECK PROTECT | 036 | August 24, 2004 |
| 78112888 | 2858774 | POPULAR E-CHECK | 036 | June 29, 2004 |
| 76315073 | 2816082 | PREMIA | 036 | February 24, 2004 |
| 78115489 | 2811720 | AHORA TU BANCO TE PREMIA | 036 | February 3, 2004 |
| 78165470 | 2799384 | POPULAR ROTH IRA | 036 | December 23, 2003 |
| 76377980 | 2713092 | PRIVILEGIOS CORPORATIVOS | 036 | May 6, 2003 |
| 76377982 | 2710974 | PLAZAPOP.COM | 036 | April 29, 2003 |
| 76377981 | 2710973 | PLAZAPOP | 036 | April 29, 2003 |
| 78124307 | 2681406 | EASY ACCESS MONEY MARKET | 036 | January 28, 2003 |
| 75830241 | 2643468 | POPULAR POINTS | 036 | October 29, 2002 |
| 75835076 | 2625665 | POPULAR INSURANCE | 036 | September 24, 2002 |
| 78010099 | 2592967 | POPULAR MONEY | 036 | July 9, 2002 |
| 78010096 | 2592966 | POPULAR SAVINGS | 036 | July 9, 2002 |
| 78010093 | 2592965 | POPULAR INTEREST | 036 | July 9, 2002 |
| 75875238 | 2592330 | TELENOMINA POPULAR | 036 | July 9, 2002 |
| 75875240 | 2586022 | TELEPAGO POPULAR | 036 | June 25, 2002 |
| 75840318 | 2579517 | POPULAR NET | 036 | June 11, 2002 |
| 76065253 | 2566700 | POPULAR CHECKING | 036 | May 7, 2002 |
| 78010094 | 2564662 | POPULAR INVESTOR | 036 | April 23, 2002 |
| 75887155 | 2535513 | QUE FACIL SE TE DIO | 036 | February 5, 2002 |
| 75887157 | 2533443 | BPPR POPULAR ASSET MANAGEMENT | 036 | January 29, 2002 |
| 76004318 | 2524258 | AHORRO A TODA HORA | 036 | January 1, 2002 |
| 75785181 | 2507800 | BPPR POPULAR INSURANCE | 036 | November 13, 2001 |
| 75770245 | 2507770 | POPULAR STREET | 036 | November 13, 2001 |
| 75887150 | 2486962 | TELEPRESTAMO POPULAR | 036 | September 11, 2001 |
| 76004316 | 2477652 | CUENTA POPULAR | 036 | August 14, 2001 |
| 76004313 | 2475459 | ATH POP | 036 | August 7, 2001 |
| 76004315 | 2467524 | MULTICUENTA POPULAR | 036 | July 10, 2001 |
| 76004317 | 2467525 | FLEXICUENTA | 036 | July 10, 2001 |
| 76004314 | 2467523 | FLEXICUENTA DE NEGOCIOS | 036 | July 10, 2001 |
| 75887151 | 2465322 | TELEBANCO POPULAR | 036 | July 3, 2001 |

| | | | | |
|---|---|---|---|---|
| 76065723 | 2455371 | ARRENDAMOS SOLUCIONES | 036 | May 29, 2001 |
| 75720502 | 2453913 | HAY UN BANCO QUE PIENSA EN TI | 036 | May 22, 2001 |
| 75720500 | 2453912 | ESTE ES TU BANCO | 036 | May 22, 2001 |
| 75887156 | 2442402 | BPPR POPULAR SECURITIES | 036 | April 10, 2001 |
| 75789464 | 2405873 | BPPR POPULAR FINANCE | 036 | November 21, 2000 |
| 75697652 | 2399448 | CLUB POPULAR | 036 | October 31, 2000 |
| 75236177 | 2378341 | POPULAR BANK OF FLORIDA | 036 | August 22, 2000 |
| 75797478 | 2372878 | ATH | 036 | August 1, 2000 |
| 75480691 | 2363673 | BPPR POPULAR CASH EXPRESS | 036 | January 25, 2000 |
| 75470098 | 2310619 | ENVIA ATH A TODA HORA | 036 | January 25, 2000 |
| 75228784 | 2236397 | BPPR POPULAR LEASING | 036 | April 6, 1999 |
| 74743358 | 2084693 | POPULAR PREMIER | 036 | July 29, 1997 |
| 74476430 | 1932203 | WE BANK ON YOUR DREAMS | 036 | October 31, 1995 |
| 74462335 | 1882478 | BANCO POPULAR | 036 | December 13, 1994 |
| 74057180 | 1816122 | POPULAR PLUS | 036 | January 11, 1994 |
| 74257381 | 1790661 | ATH A TODA HORA | 036 | August 31, 1993 |
| 73802032 | 1610074 | EXPRESO POPULAR | 036 | August 14, 1990 |
| 73005662 | 1008477 | BPPR | 036 | April 8, 1975 |
| 73005660 | 1006473 | IDEAL | 036 | March 14, 1975 |
| 78150364 | 2991584 | POPULAR | 036 | September 6, 2005 |

## CERTIFICATE OF SERVICE

I, Keith Lee, Esquire hereby certify that on February 21, 2006 a true and correct copy of the foregoing ORDER OF DISMISSAL was served via first class mail upon the following:

>Christy M. Adams, Esquire
>Law Offices of Christy Adams
>1601 Sansom Street, Suite 2C
>Philadelphia, PA 19103

_____
KEITH LEE, ESQUIRE